HERMA R. MITCHELL, Appellant, *v.* CARRIE L. MITCHELL et al.,
Respondents, et al., Defendants.

Argued April 6, 1943; decided May 27, 1943.

*Stanley Ide LaCov* and *Leo Fixler* for appellant.
*Arthur L. Burchell* for Carrie L. Mitchell et al., respondents.
*Merwin F. LeVine* and *Solon Weit* for Prudential Insurance Company of America, respondent.

*Albert Hirst* for New York State Association of Life Underwriters, *amicus curiae,* in support of respondents' position.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.